634

435 A.2d 256

Commonwealth v. Shirk, Appellant.

Petition for Allowance of Appeal Denied Oct. 12, 1981.

Submitted March 6, 1980. Bruce D. Foreman, for appellant; Marion E. MacIntyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

The order of the lower court is affirmed.

435 A.2d 256

Commonwealth v. Smith, Appellant.

Submitted September 11, 1980. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER, and CAVANAUGH, JJ.

Judgment of sentence affirmed.